**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

GLENN STEWART STITT,

              Petitioner

        v.

COURT OF COMMON PLEAS OF
BERKS COUNTY,

              Respondent

: No. 170 MM 2014
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of December, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.

,